1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   BILLY RAE MALDONADO,                    1:11-cv-01735-LJO-GSA-PC

11            Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS
12        vs.                                (Doc. 17.)

13   JAMES YATES,  et al.,                    ORDER DISMISSING ACTION, WITH
                                             PREJUDICE, FOR FAILURE TO STATE A
14            Defendants.                     CLAIM UPON WHICH RELIEF MAY
                                             BE GRANTED UNDER SECTION 1983
15
                                             ORDER THAT DISMISSAL IS SUBJECT
16                                           TO 28 U.S.C. § 1915(G)

17                                           ORDER FOR CLERK TO CLOSE CASE

18

19         Billy Rae Maldonado ("plaintiff") is a state prisoner proceeding pro se in this civil rights

20   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

21   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22         On May 7, 2013, findings and recommendations were entered, recommending that this

23   action be dismissed based on plaintiff's failure to state a claim upon which relief may be

24   granted under §1983.  On May 20, 2013, Plaintiff filed objections to the findings and

25   recommendations.

26         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

27   court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

28

                                             1

1  including Plaintiff's objections, the court finds the findings and recommendations to be

2  supported by the record and proper analysis.

3          Accordingly, THE COURT HEREBY ORDERS that:

4      1.      The Findings and Recommendations issued by the Magistrate Judge on May 7,

5              2013, are adopted in full;

6      2.      This action is dismissed, with prejudice, based on plaintiff's failure to state a

7              claim upon which relief may be granted under § 1983;

8      3.      This dismissal is subject to the "three-strikes" provision set forth  in 28 U.S.C. §

9              1915(g).  Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011); and

10     4.      The Clerk of Court is directed to close this case.

11

12

13  IT IS SO ORDERED.

14     Dated:   **June 13, 2013**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28